No. 76–5262. TROTTER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–5266. SCHRECK v. RAUCH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 76–5372. RODRIGUEZ v. BUTLER, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 76–5381. WALKER v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 76–5393. TEAGUE v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 76–5394. CLARK v. RODRIGUEZ. C. A. 10th Cir. Certiorari denied.

No. 76–5399. DONLEY v. SCOTT. C. A. 9th Cir. Certiorari denied.

No. 76–5400. DAVIS v. POMARS ET AL. C. A. 2d Cir. Certiorari denied.

No. 76–5409. WALKER v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 76–5410. McNAMARA v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 76–5412. JOHNSON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 76–5417. ALEXANDER v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.